1 Patricia L. Peden (SBN 206440)
E-mail: ppeden@bwslaw.com
2 Ghazaleh Modarresi (SBN 259662)
E-mail: gmodarresi@bwslaw.com
3 BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
4 Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Light Field Lab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| Light Field Lab, | Case No. 4:23-cv-05344-YGR |
|---|---|
| Plaintiff, | **LIGHT FIELD LAB'S RESPONSE TO DEFENDANT ALAN JONES'S ADMINISTRATIVE MOTION FOR MORE TIME TO RESPOND TO DECLARATORY JUDGMENT COMPLAINT** |
| v. | |
| Alan Jones, | |
| Defendant. | |

Mr. Jones failed to follow Civil L.R. 7-12. He did not seek a stipulation from Light Field Lab's counsel moving his response date to January before filing his motion. Light Field Lab requests that the Court inform Mr. Jones—who is representing himself—that he should confer with counsel prior to filing motions.

Light Field Lab's declaratory judgment complaint was filed on October 19, 2023. Mr. Jones's prior attorney would not accept service. Thereafter, Mr. Jones evaded service, granting himself a default one month extension. After local police officers became involved in serving the complaint, Mr. Jones voluntarily appeared on November 13, 2023. Even with these delay tactics, Light Field Lab agreed to a further extension, giving Mr. Jones until December 21, 2023, to respond. No additional time is warranted.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1   Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S RESPONSE TO
DEFENDANT'S ADMINISTRATIVE MOTION
FOR MORE TIME TO RESPOND TO
DECLARATORY JUDGMENT COMPLAINT

1  Given Mr. Jones's *pro se* status, however, Light Field Lab will not object to additional
2 time. Mr. Jones's requested date, January 21, 2024, is a Sunday. Light Field Lab requests that
3 Mr. Jones's pleading be due the prior Friday, January 19, 2024. Light Field Lab further requests
4 that no further extensions be permitted.

Dated:  November 28, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: *[signature]*
Patricia L. Peden
Ghazaleh Modarresi
Attorneys for Light Field Lab

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

2

Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S RESPONSE TO
DEFENDANT'S ADMINISTRATIVE MOTION
FOR MORE TIME TO RESPOND TO
DECLARATORY JUDGMENT COMPLAINT