Alan Jones
16406 270th Pl NE
Duvall, WA 98019
Tel: 318-759-7497
Email: alan@jones.how

Pro Se Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Light Field Lab,<br><br>   Plaintiff(s),<br><br>  v.<br><br>Alan Jones,<br><br>   Defendant. | Case Number: 4:23-CV-05344-YGR<br><br>**ALAN JONES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT** |

I would like to preface this certification and disclosure with an apology to the court. As a Pro Se defendant with no prior litigation experience (and no desire to be involved in such even now), I am having to learn all the processes and procedures of the court, which entails hundreds of pages of extremely complex language and interplay between multiple authorities. As such, I only just discovered FRCP 7.1 and Civil Local Rule 3-15, and I appreciate they are mandatory filings which must be submitted with an initial complaint by plaintiffs and with their first appearance for defendants. I understand the consequences of this failure can be quite significant and hope the court will consider this excusable neglect as it resulted from my aforementioned inexperience and was not intended as being contemptuous of the court. I ensure the courts that I am putting forth a great deal of effort to follow all procedures and deadlines as precisely as I'm able and undertaking every effort to inform myself of them. Were I able to find representation to avoid this, I would have. That also is not for lack of effort. Thank you for your consideration.

---

| | |
|---|---|
| **ALAN JONES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT** | CASE NO.: 4:23-CV-05344-YGR<br>DEMAND FOR JURY TRIAL<br>[28 U.S.C. §§ 1332(a)(1), 2201(a)] |

PAGE **1** of **2**

## ALAN JONES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Alan Jones (Defendant)

## ALAN JONES' DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Alan Jones (defendant) discloses that he has citizenship under Washington State by virtue of residency.

Respectfully Submitted,

Date: December 4th 2023         Signature: _____

Printed Name: Alan Jones

Pro Se