Patricia L. Peden (SBN 206440)
E-mail: ppeden@bwslaw.com
Ghazaleh Modarresi (SBN 259662)
E-mail: gmodarresi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Light Field Lab

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Light Field Lab,<br><br>         Plaintiff,<br><br>     v.<br><br>Alan Jones,<br><br>         Defendant. | Case No. 4:23-cv-05344-YGR<br><br>**LIGHT FIELD LAB'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: December 22, 2023                BURKE, WILLIAMS & SORENSEN, LLP

                                          By: /s/ Patricia Peden
                                              Patricia L. Peden
                                              Ghazaleh Modarresi
                                              Attorneys for Light Field Lab

4895-9533-0200v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1    Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS