# Exhibit E

Date: Dec 13, 2023, 14:10
From: PPeden@bwslaw.com
To: alan@jones.how
Cc: GModarresi@bwslaw.com, CEasley@bwslaw.com
Subject: Light Field Lab v. Jones

Mr. Jones:

I write concerning your motion for a more definite statement. In response to statements made in your brief, we are providing you with copies of the emails your prior counsel set to us. Additionally, we attach a Release and Covenant Not to Sue for your consideration.

We will file our opposition today. We would like to have your position with respect to the Release and Covenant Not to Sue before your Reply is due in seven days. Please let me know if you think a call would be helpful.

Regards,

Patty

**Patricia L. Peden | Partner**
1999 Harrison Street, Suite 1650 | Oakland, CA  94612-3520
d - 510.903.8805 | t - 510.273.8780 | f - 510.839.9104 | m - 510.693.3293

ppeden@bwslaw.com | vCard | bwslaw.com


BURKE, WILLIAMS & SORENSEN, LLP