# Exhibit H

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                     GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**                                                                KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

January 1, 2024

Alan Jones
16406 270th Pl NE
Duvall, WA 98019

RE:   **Notice of Case Closure and Right to Sue**
      CRD Matter Number: 202401-23121101
      Right to Sue: Jones / Light Field Lab, Inc.

Dear Alan Jones:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective January 1, 2024 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Civil Rights Department

CRD - ENF 80 RS (Revised 02/23)

LFL v. Jones - Bates No. 000081

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
Civil Rights Department
Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)

**In the Matter of the Complaint of**
Alan Jones                                                            CRD No. 202401-23121101

                            Complainant,
vs.

Light Field Lab, Inc.
1920 Zanker Rd, Suite 10
San Jose, CA 95112

                            Respondents
_____

**1.** Respondent **Light Field Lab, Inc.** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.** Complainant **Alan Jones**, resides in the City of **Duvall,** State of **WA.**

**3.** Complainant alleges that on or about **September 22, 2023**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's genetic information or characteristic, medical condition (cancer or genetic characteristic), disability (physical, intellectual/developmental, mental health/psychiatric).

**Complainant was discriminated against** because of complainant's genetic information or characteristic, medical condition (cancer or genetic characteristic), disability (physical, intellectual/developmental, mental health/psychiatric) and as a result of the discrimination was terminated, denied any employment benefit or privilege, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation and as a result was terminated, denied any employment benefit or privilege, denied accommodation for a disability.

-1-
Complaint – CRD No. 202401-23121101

Date Filed: January 1, 2024

CRD-ENF 80 RS (Revised 12/22)

1

2  **Additional Complaint Details:** Requested accommodation for risk abatement for Type 1
   diabetic condition in order to return to employer's place of employment after years of
3  receiving accommodation by being allowed to work remotely.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                          -2-
                            *Complaint – CRD No. 202401-23121101*
27
   Date Filed: January 1, 2024
28

CRD-ENF 80 RS (Revised 12/22)

LFL v. Jones - Bates No. 000083

1  VERIFICATION

2  I, **Frank S. Moore**, am the **Attorney** in the above-entitled complaint. I have read the
3  foregoing complaint and know the contents thereof. The matters alleged are based on information and belief, which I believe to be true.
4
5  On January 1, 2024, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6                                                                                          **Healdsburg, CA**

-3-
*Complaint – CRD No. 202401-23121101*

Date Filed: January 1, 2024

CRD-ENF 80 RS (Revised 12/22)

LFL v. Jones - Bates No. 000084