1  Patricia L. Peden (SBN 206440)
   E-mail:  ppeden@bwslaw.com
2  Ghazaleh Modarresi (SBN 259662)
   E-mail:  gmodarresi@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
4  Oakland, California 94612-3520
   Tel:  510.273.8780    Fax:  510.839.9104
5
   Attorneys for Light Field Lab
6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

| 11 | Light Field Lab, | Case No. 4:23-cv-05344-YGR |
|---|---|---|
| 12 | Plaintiff, | **LIGHT FIELD LAB'S OBJECTIONS TO DEFENDANT JONES'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
| 13 | v. | |
| 14 | Alan Jones, | |
| 15 | Defendant. | |
| 16 | | |
| 17 | | Filed concurrently with: *LIGHT FIELD LAB'S OPPOSITION TO DEFENDANT ALAN JONES'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | *DECLARATION OF PATRICIA L. PEDEN IN SUPPORT OF LIGHT FIELD LAB'S OPPOSITION TO ALAN JONES'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | Judge:   Hon. Yvonne Gonzalez Rogers<br>Date:    February 13, 2024<br>Time:    2:00 p.m.<br>Crtrm.:   Courtroom 1 – 4th Floor |
| 26 | | |

27

28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S OBJECTIONS TO
DEFENDANT JONES'S REQUEST FOR
JUDICIAL NOTICE

**Light Field Lab's Objections to Defendant Jones's Request for Judicial Notice**

Plaintiff, Light Field Lab, hereby objects to two exhibits included in Defendant, Alan Jones's, Request for Judicial Notice (RJN"). *See* Dkt. No. 33. Plaintiff's objections and the grounds therefore are as follows:

**Exhibit B** to the RJN is private correspondence. There are not judicial notice grounds for admitting the document. *See Quantum Labs, Inc. v. Maxim Integrated Prod. Inc*., No. 18-CV-07598-BLF, 2019 WL 1767574, at *3 (N.D. Cal. Apr. 22, 2019) ("Defendants' request for judicial notice of (3) the email disseminating the "Official Notice of Inspection" is DENIED because Defendants have failed to show this email constitutes a "matter[ ] of public record," rather than a private correspondence.").

Light Field Lab also objects that the document has been redacted, without filing the required motion, showing the required good cause, and where the document does not merit sealing. *See* Civil L.R.79-5.

**Exhibit C** is private email correspondence, not subject to judicial notice. *Quantum Labs*, 2019 WL 1767574, at *3. Additionally, the document clearly states the emails are "communications subject to settlement privilege." *See* Exhibit C at 000024 and 000044; *Civic Ctr. Drive Apartments Ltd. P'ship v. Sw. Bell Video Servs.,* 295 F. Supp. 2d 1091, 1099 fn. 3 (N.D. Cal. 2003) ("the Rigney Declaration is inadmissible under Rule 408(2) because it explicitly references the parties' efforts to settle this action and is designated "For Settlement Purposes Only.").

Light Field Lab also objects to the redactions. No motion to seal was filed, and the document cannot be withheld from public access without a showing of good cause and the issuance of a Court order. *See* Civil L.R.79-5.

**Exhibit D** is irrelevant. The document is not relevant to the pleaded contract claim. *Franklin*, 2017 WL 24862, at *6.

**Exhibit E** and **Exhibit F** are mere private correspondence, not subject to judicial notice. *See Quantum Labs*, 2019 WL 1767574, at *3.

**Exhibit H** is irrelevant. The document is not relevant to the claim pleaded in the complaint, and, instead, it is directed to the un-pleaded employment argument. *See Franklin*, 2017 WL 24862, at *6.

Dated: January 19, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Patricia L. Peden
Patricia L. Peden
Ghazaleh Modarresi
Attorneys for Light Field Lab

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of January 2024, I electronically filed the foregoing LIGHT FIELD LAB'S OBJECTIONS TO DEFENDANT JONES'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE using the Court's CM/ECF filing system which sends notification of such filing to all parties and/or counsel of record.

FRANK S. MOORE, SBN 158029
Law Offices of Frank S. Moore, APC
235 Montgomery Street, Suite 440
San Francisco, California 94104
Telephone: (415) 292-6091
Facsimile: (415) 292-6694
fsmoore@pacbell.net

Attorney for Defendant Alan Jones

Dated: January 19, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Patricia L. Peden
Patricia L. Peden
Ghazaleh Modarresi
Attorneys for Light Field Lab

2   Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S OBJECTIONS TO
DEFENDANT ALAN JONES'S REQUEST FOR
JUDICIAL NOTICE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND