1  FRANK S. MOORE, SBN 158029
   Law Offices of Frank S. Moore, APC
2  235 Montgomery Street, Suite 440
   San Francisco, California 94104
3  Telephone:    (415) 292-6091
   Facsimile:    (415) 292-6694
4  fsmoore@pacbell.net

5  Attorneys for Defendant Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHT FIELD LAB,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALAN JONES,<br><br>　　　　Defendant. | No. 4:23-CV-05344-YGR<br><br>**ERRATA/ADDENDUM TO DEFENDANT ALAN JONES'S DECLARATION IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>[Fed. R. Evid. 201]<br><br>Date:　February 13, 2024<br>Time:　2:00 p.m.<br>Place:　Courtroom 1 – 4th Floor<br><br>Honorable Yvonne Gonzalez Rogers |

　　The following Exhibits authenticated by Defendant ALAN JONES in Defendant ALAN JONES's Declaration in Support of Special Motion to Strike Plaintiff's Complaint Pursuant to California's Anti-SLAPP Statute and [Second] Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (Dkt. #34, pp. 2-3 authenticating Exhibits "B" through "G") that are referenced in Defendant ALAN JONES's Request for Judicial Notice in Support of Special Motion to Strike Plaintiff's Complaint Pursuant to California's Anti-SLAPP Statute and Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (Dkt. #33) and filed as Dkt. ## 33-2, 33-3, 33-4, 33-5, 33-6 and 33-7 are also now also separately filed as Exhibits "B" through "G" as 47-1, 47-2, 47-3, 47-4, 47-5 and 47-6 to this Errata/Addendum (Dkt.47).

1 | Dated: January 21, 2024        Respectfully submitted,

/s/ Frank S. Moore
Frank S. Moore
Attorney for defendant Alan Jones

# CERTIFICATE OF SERVICE

This is to certify that on the 21st day of January 2024, I electronically filed the foregoing ERATA/ADDENDUM TO DEFENDANT ALAN JONES'S DECLARATION IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION using the Court's CM/ECF filing system which sends notification of such filing to all parties and/or counsel of record.

Patricia L. Peden (SBN 206440)
E-mail: ppeden@bwslaw.com
Ghazaleh Modarresi (SBN 259662)
E-mail: gmodarresi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520

Counsel for plaintiff LIGHT FIELD LAB

Dated: January 21, 2024                          Law Offices of Frank S. Moore

                                                 */s/Frank S. Moore*
                                                 Frank S. Moore
                                                 Attorney for defendant Alan Jones

*LIGHT FIELD LAB v. ALAN JONES,*                                      Case No. 4:23-CV-05344-YGR
ERRATA/ADDENDUM TO DEFENDANT ALAN JONES'S DECLARATION IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

3