Location 📥 Inbox

noreply@eeoc.gov

to: alan@jones.how ▾                                                      📥 Mon, Oct 30, 2023 • 16:21

🖼 Automatic image loading has been blocked to protect your privacy.                                                                    ?

# Notice of Scheduled Interview / Aviso de Entrevista Programada



**U.S. Equal Employment Opportunity Commission**

You are scheduled for an interview Phone with the Equal Employment Opportunity Commission (EEOC) regarding your inquiry **551-2024-00586**. This email confirms your appointment with an EEOC representative of the **San Jose** office for **01/18/2024 at 12:00 PM PST**.

At the time of your interview, please have the password for your EEOC Public Portal user account with you.

Before your interview, please visit EEOC Public Portal as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation.

**ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.**

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

To change or cancel your appointment, please go to EEOC Public Portal.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding inquiry 551-2024-00586. Please do not reply to this email.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at info@eeoc.gov and destroy all copies of the original message and attachments.*

---



**Comisión para la Igualdad de Oportunidades en el Empleo de los Estados Unidos**

Con respecto a su solicitud **551-2024-00586**, tiene programada una entrevista Por telefono con la oficina de . Este correo electrónico confirma su cita con un representante de la EEOC en la oficina de **San Jose** el **01/18/2024 at 12:00 PM PST**.

Al momento de su entrevista, tenga a mano la contraseña de su cuenta de usuario del Portal Público de la EEOC.

Antes de su entrevista, visite el Portal Público de la EEOC lo antes posible para proporcionar información adicional sobre su solicitud. Proporcionar información adicional es opcional, pero puede ayudar que la entrevista sea más productiva y eficiente. Puede agregar o modificar la información adicional hasta que tenga su entrevista con la EEOC. La información que proporcione es confidencial y no se compartirá con su empleador durante la investigación.

**RESPONDER A ESTAS PREGUNTAS NO ES LO MISMO QUE PRESENTAR UNA QUEJA/QUERELLA DE DISCRIMINACIÓN.**

Una queja/querella de discriminación es una declaración firmada en la que se alega que un empleador ha cometido discriminación en el empleo. Solicita a la EEOC que tome medidas correctivas. Las leyes que la EEOC hace cumplir, excepto la Ley de Igualdad Salarial, requieren que presente una queja/querella antes de que pueda presentar una demanda en un tribunal por motivos de discriminación ilegal en el empleo. Hay límites de tiempo estrictos para presentar una queja/querella.

Para cambiar o cancelar su cita, por favor vaya al Portal Público de la EEOC.

Este correo electrónico es una notificación oficial de la Comisión para la Igualdad de Oportunidades en el Empleo (EEOC, por sus siglas en inglés) con respecto a la solicitud de la EEOC 551-2024-00586. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en esta transmisión puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el/la destinatario/a previsto/a, se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el/la destinatario/a previsto/a, póngase en contacto con nosotros en info@eeoc.gov y destruya todas las copias del mensaje original y los archivos adjuntos.*

**SANJGOV**

Location 📥 Inbox
sanjgov@eeoc.gov
to: Alan@jones.how ▾

📥 Mon, Dec 11, 2023 • 09:57

## EEOC Inquiry No.: 551-2024-00586; Intake Appointment Rescheduled

RE:      Alan Jones v. Light Field Lab

         EEOC Inquiry No.: 551-2024-00586

Thank you for taking my call. We are confirming that your telephone appointment is rescheduled for tomorrow, Tuesday, **December 12, 2023, 10am PST.** The intake representative will reach you directly at 318-759-7497. Please be prepared to speak about the timeline of events and potential comparators (the full names and job titles others who were treated better, worse, or similar) and/or witnesses (full names and job titles).

If you need to reschedule, you may do so by responding to this email.

Respectfully,

U.S. EEOC – San Jose Local Office

96 N. 3rd Street, Suite 250

San Jose, CA 95112

Office Email: sanjgov@eeoc.gov

Confidentiality notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

SANJGOV

Location  Inbox
sanjgov@eeoc.gov
to: Alan@jones.how
2 attachments (196 kB)

Mon, Dec 11, 2023 • 09:59

## RE: EEOC Inquiry No.: 551-2024-00586; Intake Appointment Rescheduled

Please also see the attached Inquiry Detail and List of Legal Aid Services.

**From:** SANJGOV <sanjgov@eeoc.gov>
**Sent:** Monday, December 11, 2023 9:57 AM
**To:** Alan@jones.how
**Subject:** EEOC Inquiry No.: 551-2024-00586; Intake Appointment Rescheduled

RE:      Alan Jones v. Light Field Lab

         EEOC Inquiry No.: 551-2024-00586

Thank you for taking my call. We are confirming that your telephone appointment is rescheduled for tomorrow, Tuesday, **December 12, 2023, 10am PST.** The intake representative will reach you directly at 318-759-7497. Please be prepared to speak about the timeline of events and potential comparators (the full names and job titles others who were treated better, worse, or similar) and/or witnesses (full names and job titles).

If you need to reschedule, you may do so by responding to this email.

Respectfully,

U.S. EEOC – San Jose Local Office

96 N. 3rd Street, Suite 250

San Jose, CA 95112

Office Email: sanjgov@eeoc.gov

Confidentiality notice:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Alan Jones

Location  ✈ Sent

alan@jones.how
to: sanjgov@eeoc.gov         ✈ Tue, Dec 12, 2023 • 08:10

# Re: EEOC Inquiry No.: 551-2024-00586; Intake Appointment Rescheduled

Hi,

My apologies for the last minute notice, the trouble with scheduling things so abruptly. It turns out I'm unable to make today's call. Could we please reschedule? Next week would be preferable, but I can wait until later if needed.

Cheers,

Alan.


Dec 11, 2023, 09:57 by sanjgov@eeoc.gov:

...

CRYSTAL ALCAZAR
Location 📥 Inbox
CRYSTAL.ALCAZAR@EEOC.GOV
to: alan@jones.how

📥 Tue, Dec 12, 2023 • 10:05

# EEOC Inquiry No. 551-2024-00586; Missed Interview Appointment

December 12, 2023

Dear Alan Jones,

This email documents my attempt to call you for your intake interview appointment, scheduled for today at 10:00am PST via phone, with the EEOC San Jose Local Office, to discuss your allegations of illegal employment discrimination in the above-referenced matter. I am documenting that I called you for our scheduled appointment and left you a voice message requesting for a call back at (408) 889-1955 **by 10:15am PST today**. You may also respond to this email by 10:15am PST today. If you fail to respond to this email or call back by today, I have the authority to assume that you are no longer available to make your scheduled appointment, and your appointment will be cancelled.

To reschedule your appointment, please log on to your Public Portal account (https://publicportal.eeoc.gov/portal/), by selecting "My EEOC Cases" and logging in with your email address and password.

If your appointment is cancelled and you do not reschedule, we will assume that you are no longer interested in filing a charge of discrimination and the EEOC will take no further action.

Very Respectfully,

Crystal E. Alcazar

Investigator Support Assistant (ISA)

U.S. EEOC San Jose Local Office

96 North 3rd Street, Suite 250

San Jose CA, 95112

Fax: 408-291-2603

Confidentiality notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Alan Jones

Location    Sent

alan@jones.how

to: CRYSTAL.ALCAZAR@EEOC.GOV

Tue, Dec 12, 2023 • 11:04

# Re: EEOC Inquiry No. 551-2024-00586; Missed Interview Appointment

Hi Crystal,

I emailed this morning that I was unable to make our appointment. I became incredibly ill overnight due to my diabetes.

This appointment was only made yesterday at your office's request. Please reinstate my original interview for January 18th 2024.

Regards,

Alan


Dec 12, 2023, 10:05 by CRYSTAL.ALCAZAR@EEOC.GOV:

...

.

CRYSTAL ALCAZAR
Location  Inbox
CRYSTAL.ALCAZAR@EEOC.GOV
to: alan@jones.how                                                    Tue, Dec 12, 2023 • 13:52

# RE: EEOC Inquiry No. 551-2024-00586; Missed Interview Appointment

Hi Alan,

Thank you for your response. Understood, your appointment has been rescheduled to its original date of **Thursday January 18, 2024 at 12:00pm PST.** As your scheduled appointment approaches to speak with an EEOC intake representative, you will receive automated reminders. When you receive such emails, please follow the instructions to confirm your appointment in order to keep your appointment.

For future questions or concerns, please contact our office at sanjgov@eeoc.gov or 408-889-1950.

Very Respectfully,

Crystal E. Alcazar

Investigator Support Assistant (ISA)

U.S. EEOC San Jose Local Office

96 North 3rd Street, Suite 250

San Jose CA, 95112

Fax: 408-291-2603

Confidentiality notice:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Alan Jones <alan@jones.how>
**Sent:** Tuesday, December 12, 2023 11:04 AM
**To:** CRYSTAL ALCAZAR <CRYSTAL.ALCAZAR@EEOC.GOV>
**Subject:** Re: EEOC Inquiry No. 551-2024-00586; Missed Interview Appointment

You don't often get email from alan@jones.how. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to <u>phishing@eeoc.gov</u>.

Hi Crystal,

I emailed this morning that I was unable to make our appointment. I became incredibly ill overnight due to my diabetes.

This appointment was only made yesterday at your office's request. Please reinstate my original interview for January 18th 2024.

Regards,

Alan

Dec 12, 2023, 10:05 by <u>CRYSTAL.ALCAZAR@EEOC.GOV</u>:

...

.

Alan Jones
Location  Sent
alan@jones.how
to: CRYSTAL.ALCAZAR@EEOC.GOV

Tue, Dec 12, 2023 • 13:53

LFL v. Jones - Bates No. 000069

# RE: EEOC Inquiry No. 551-2024-00586; Missed Interview Appointment

Thanks, Crystal. Sorry for the inconvenience.

Cheers,

Alan


Dec 12, 2023, 13:52 by CRYSTAL.ALCAZAR@EEOC.GOV:

> ...

Location  Inbox
noreply@eeoc.gov
to: alan@jones.how                                                                  Mon, Dec 18, 2023 • 03:06

Automatic image loading has been blocked to protect your privacy.

# Reminder of Scheduled Interview for EEOC Inquiry 551-2024-00586 / Recordatorio de Entrevista Programada para la Solicitud 551-2024-00586 de la EEOC



**U.S. Equal Employment Opportunity Commission**

This is a reminder that you have scheduled an interview with the EEOC to discuss the inquiry you submitted online (551-2024-00586). Please note the following information about your interview:

- The interview will be Phone
- Date/Time of interview: 01/18/2024 at 12:00 PM PST

Before your interview, please sign-in to the EEOC Public Portal as soon as possible to answer a few important questions about your inquiry. Your responses help make your interview more productive and efficient. The information you provide is confidential and will not be disclosed to your employer during an investigation.

If you are unable to keep this appointment, please reschedule or cancel it.

Sign-in to Reschedule or Cancel Appointment or Opt Out

**Remember, you must complete an interview if you want EEOC to take further action on your inquiry.**

We will send you another email five business days before your scheduled interview, asking you to confirm your attendance.

LFL v. Jones - Bates No. 000071

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding inquiry 551-2024-00586. Please do not reply to this email.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at info@eeoc.gov and destroy all copies of the original message and attachments.*



**Comisión para la Igualdad de Oportunidades en el Empleo de los Estados Unidos**

Este es un recordatorio que ha programado una entrevista con la EEOC para hablar sobre la solicitud que envió en línea (551-2024-00586). Tenga en cuenta la siguiente información sobre su entrevista:

- La entrevista será Por telefono
- Fecha/Hora de la entrevista: 01/18/2024 at 12:00 PM PST

Antes de su entrevista, por favor inicie sesión en el Portal Público de la EEOC lo más pronto posible para contestar algunas preguntas importantes sobre su solicitud. Sus respuestas ayudarán a que su entrevista sea más productiva y eficiente. La información que proporcione es confidencial y no se compartirá con su empleador durante la investigación.

Si no puede asistir a esta cita, le pedimos que la reprograme o la cancele.

Inicie Sesión para Reprogramar o Cancelar la Cita o Optar por no

**Recuerde, debe completar una entrevista si quiere que la EEOC tome medidas adicionales sobre su solicitud.**

Le enviaremos otro correo electrónico cinco días hábiles antes de la fecha programada, pidiéndole que confirme su cita.

Este correo electrónico es una notificación oficial de la Comisión para la Igualdad de Oportunidades en el Empleo (EEOC, por sus siglas en inglés) con respecto a la solicitud de la EEOC 551-2024-00586. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en esta transmisión puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el/la destinatario/a previsto/a, se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el/la destinatario/a previsto/a, póngase en contacto con nosotros en [info@eeoc.gov](mailto:info@eeoc.gov) y destruya todas las copias del mensaje original y los archivos adjuntos.*