1  Patricia L. Peden (SBN 206440)
   E-mail: ppeden@bwslaw.com
2  Ghazaleh Modarresi (SBN 259662)
   E-mail: gmodarresi@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
4  Oakland, California 94612-3520
   Tel: 510.273.8780    Fax: 510.839.9104
5
   Attorneys for Light Field Lab
6

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | Light Field Lab,                  | Case No. 4:23-cv-05344-YGR
12 |         Plaintiff,                |
13 |     v.                            | **LIGHT FIELD LAB'S RESPONSE TO ORDER TENTATIVELY GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
14 | Alan Jones,                       |
15 |         Defendant.                |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S RESPONSE TO ORDER TENTATIVELY GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

On April 19, 2024, this Court entered an Order granting Plaintiff Light Field Lab the opportunity to advocate for filing an amended complaint.  In light of Defendant Alan Jones's concessions in his papers that he has no right to exercise expired options, Light Field Lab no longer needs the court to declare the same.  Light Field Lab therefore has elected not to amend.

Dated:  May 3, 2024                                    BURKE, WILLIAMS & SORENSEN, LLP


By:  /s/ Ghazaleh Modarresi
     Ghazaleh Modarresi
     Patricia L. Peden
     Attorneys for Light Field Lab

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Case No. 4:23-cv-05344-YGR
LIGHT FIELD LAB'S PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28