FRANK S. MOORE, SBN 158029
Law Offices of Frank S. Moore, APC
235 Montgomery Street, Suite 440
San Francisco, California 94104
Telephone:    (415) 292-6091
Facsimile:    (415) 292-6694
fsmoore@pacbell.net

Attorneys for Defendant Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHT FIELD LAB,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN JONES,<br><br>    Defendant. | No. 4:23-CV-05344-YGR<br><br>**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TENTATIVELY GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Honorable Yvonne Gonzalez Rogers |

Defendant Alan Jones is in receipt of Plaintiff Light Field Lab's Response to Order Tentatively Granting Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #56) filed in response to this Court's April 19, 2024-order Denying Motions to Dismiss as Moot; Tentatively Granting Motion to Dismiss for Lack of Subject Matter Jurisdiction inviting Plaintiff to make a "showing that its declaratory judgment claim is justiciable." Dkt. #55, p. 13 of 14.  Plaintiff has chosen not to present any substantive basis that its declaratory judgment claim is justiciable in its response. Dkt. 56.

Defendant takes exception with Plaintiff's characterization that "[i]n light of Defendant Alan Jones's concessions in his papers that he has no right to exercise expired options, Light Field Lab no longer needs the court to declare the same."  This is a bald-face attempt to re-characterize this Court's finding in its Order Tentatively Granting Motion to Dismiss for Lack of Subject Matter

1  Jurisdiction that "there is a mismatch between the cause of action underlying plaintiff's claim for
2  declaratory relief and the causes of action that defendant threatened to file against plaintiff" because
3  "plaintiff's declaratory relief claim does not 'borrow' defendant's underlying causes of action, as it
4  must." Dkt. 55, pp. 10-11 (citing *City of Reno v. Netflix, Inc.,* 52 F.4th 874, 879 (9th Cir. 2022).)
5  Plaintiff's attempt to gloss over the fact that Defendant Alan Jones never made a claim that he had a
6  right to exercise expired options is patently dishonest.
7       In light of Plaintiff Light Field Lab's non-substantive Response to Order Tentatively
8  Granting Motion to Dismiss for Lack of Subject Matter Jurisdiction, Defendant respectfully requests
9  the Court to enter a final order dismissing Plaintiff's Complaint with prejudice and to enter judgment
10 thereon.
11 Dated: May 3, 2024                     Respectfully submitted,

13                                         /s/ Frank S. Moore
                                           Frank S. Moore
14                                         Attorney for defendant Alan Jones

# CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of May 2024, I electronically filed the foregoing **DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TENTATIVELY GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** using the Court's CM/ECF filing system which sends notification of such filing to all parties and/or counsel of record.

Patricia L. Peden (SBN 206440)
E-mail: ppeden@bwslaw.com
Ghazaleh Modarresi (SBN 259662)
E-mail: gmodarresi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520

Counsel for plaintiff LIGHT FIELD LAB

Dated: May 3, 2024                    Law Offices of Frank S. Moore

                                      */s/Frank S. Moore*
                                      Frank S. Moore
                                      Attorney for defendant Alan Jones