UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHT FIELD LAB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAN JONES,<br><br>　　　　　Defendant. | Case No.  23-cv-05344-YGR<br>　(Case No. 25-cv-05118-MMC)<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), <u>Alan Jones v. Light Field Lab, Inc.</u>, Case No. 25-cv-05118 MMC, is hereby referred to the Hon. Yvonne Gonzalez Rogers for a determination as to whether said action is related, within the meaning of Civil L.R. 3-12(a), to <u>Light Field Lab v. Alan Jones</u>, Case No. 23-cv-05344 YGR.  (<u>See</u> Case No. 25-cv-05118, Doc. No. 20 at 3:1-4:10.)

**IT IS SO ORDERED.**

Dated: August 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge